1  YONG XIANG LUO
2  1 Church Street # F366
   San Francisco, CA 94114
3  Plaintiff in Pro Per
4  (415) 863-2179

R E C E I V E D

MAR 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7

8          UNITED STATES DISTRICT COURT
9          NORTHERN DISCTRICT OF CALIFORNIA
                    OAKLAND DIVISION
10

11 YONG XIANG LUO,                    )    Case No. 4:09 –cv-05081-PJH
                                      )
12      Plaintiff,                    )    **STIPULATION EXTENDING TIME FOR**
                                      )    **FILING MOTION FOR SUMMARY**
13                                    )    **SUMMARY JUDGMENT OR REMAND**
14      v.                            )    AND ORDER MODIFYING TIME
                                      )
15 MICHAEL J. ASTRUE,                 )
   Commissioner of Social Security,   )
16                                    )
17      Defendant,                    )
                                      )
18 _____)

19      The parties hereto, by and through their undersigned attorneys hereby stipulate

20                                                     thirty          April 23, 2010
   that Plaintiff, Young Xiang Luo, shall have an additional ~~ninety~~ days, through ~~June 22, 2010,~~

21

22 in which to file and serve a motion for summary judgment or remand in this action. This

23 extension is necessary to permit Plaintiff to find an attorney to represent him in this matter.

24 Dated: 3/17/10 _____          By: _____
                                       Plaintiff in Pro Per
25 Dated: 3-22-10 _____           By: _____
26                                  Special Assistant United States Attorney

   **SO ORDERED:**
27 Dated: 3/29/10 _____           By:_____
                                       United States District Judge
28

STIPULATION EXTENDING TIME; CASE NO. 4:09 – cv – 05081- PJH

IT IS SO ORDERED
Judge Phyllis J. Hamilton