UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YONG XIANG LUO,

    Plaintiff,                                        No. C 09-5081 PJH

    v.                                                **ORDER TO SHOW CAUSE**

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

       This appeal from a decision by the Commissioner of Social Security was filed on October 23, 2009. Defendant answered on February 22, 2010. According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment by March 22, 2010; however, on March 22, 2010, the court granted plaintiff an extension of time to file her motion until April 23, 2010. Plaintiff still has not done so.

       Plaintiff is hereby ordered to show cause regarding why she failed to file and serve her motion within **ten days** of the date of this order. Plaintiff is advised that if she fails to respond to this court's order, her appeal will be dismissed with prejudice with no further hearing or briefing.

       **IT IS SO ORDERED.**

Dated: May 14, 2010

                                                              _____
                                                             PHYLLIS J. HAMILTON
                                                             United States District Judge