UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YONG XIANG LUO,

    Plaintiff,                                          No. C 09-5081 PJH

    v.                                               **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

_____/

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

    **IT IS SO ORDERED.**

Dated: June 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge